# CHRISTOPHER MADIOU

WOOLWORTH BUILDING
233 BROADWAY – SUITE 2208
NEW YORK, NY 10279

P (917) 408 - 6484
F (212) 571 - 9149
CHRIS@MADIOULAW.COM

WWW.MADIOULAW.COM

January 27, 2020

Hon. Andrew L. Carter Jr.
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1-28-20

Re: *U.S. v. Jorge Acosta Rodriguez*, 19 Cr. 499 (ALC)

Dear Judge Carter,

I represent Jorge Acosta Rodriguez in the above-mentioned case. I write to respectfully ask the Court to give pretrial services permission to temporarily return Mr. Acosta's Dominican Republic passport to him. Mr. Acosta has an interview with U.S. Citizenship and Immigration Services this Thursday, January 30, 2020, and needs his Dominican passport for the interview. Mr. Acosta would pick up his passport from pretrial the morning of January 30th and would return it after his interview, on the same day.

I have discussed this application with the government and pretrial services and neither party has an objection.

Thank you in advance for your consideration.

Sincerely,

Christopher Madiou
*Counsel for Jorge Acosta Rodriguez*

Cc: AUSA Dan Nessim (via ECF)
U.S. Pretrial Services Officer Bernisa Mejia (via email)

The application is ✓ granted.
_ denied.

Andrew L. Carter Jr, U.S.D.J.
Dated: January 28, 2020
NY, New York