USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: ______________
DATE FILED: 3/27/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br> **-v.-** <br> **JORGE ACOSTA RODRIGUEZ,** <br> **Defendant.** | **19-cr-00499 (ALC)** <br> **ORDER** |

**ANDREW L. CARTER, JR., District Judge:**

The April 3, 2020 status conference is adjourned to J**une 4, 2020 at 10:30 a.m.** Accordingly, it is **ORDERED:** the time from April 3, 2020 through June 4, 2020 is excluded in the interest of justice from all calculations under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

**Dated:** **March 27, 2020**
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**