USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/22/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                                      :

UNITED STATES OF AMERICA

                                                      :   1:19-cr-00499-ALC-2

    -against-                                :   <u>ORDER</u>

Jorge Acosta Rodriguez
                                                      :
       Defendant
                                                        :
------------------------------------X

Andrew L. Carter, Jr, United States District Judge:

    ORDERED that the defendant's bail be modified to remove standalone GPS condition. All other release conditions shall remain in effect.


Dated: New York, New York
        March _30___, 2020

                                        SO ORDERED

                                        _____
                                        Andrew L. Carter, Jr.
                                        United States District Judge