UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

UNITED STATES OF AMERICA,

                                                         1: 19-CR-00499-2 (RA)

      -against-                                          ORDER

JORGE ACOSTA RODRIGUEZ,

                              Defendant.
-----------------------------------------------------X

Ronnie Abrams, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to include mental health evaluation and treatment, as directed by Pretrial Services.

Dated: New York, New York
       July 10, 2020

                                                         SO ORDERED:

                                                         Ronnie Abrams
                                                   United States District Judge