LAW OFFICES
# CHRISTOPHER MADIOU

WOOLWORTH BUILDING  
233 BROADWAY – SUITE 2208  
NEW YORK, NY 10279

P (917) 408 - 6484  
F (212) 571 - 9149  
CHRIS@MADIOULAW.COM

WWW.MADIOULAW.COM

---

August 28, 2020

The Honorable Ronnie Abrams  
Thurgood Marshall  
United States Courthouse  
40 Foley Square  
New York, NY 10007

Re: Bail modification - *U.S. v. Jorge Acosta Rodriguez*, 19 Cr. 499 (RA)

Dear Judge Abrams,

I represent Jorge Acosta Rodriguez in the above-mentioned case. Mr. Acosta Rodriguez is currently released on bail and is participating in the SDNY Young Adult Opportunity Program.

I respectfully ask the Court to modify Mr. Acosta's bail conditions so that he may travel to New Jersey for employment purposes. Pretrial Officer Rena Bolin has specifically requested this modification to accommodate a job opportunity Mr. Acosta Rodriguez has with a roofing company. I am also informed by AUSA Daniel Nessim that the government has no objection to the proposed modification.

Thank you in advance for your consideration.

Sincerely,

Christopher Madiou  
*Counsel for Jorge Acosta Rodriguez*

Cc: AUSA Daniel Nessim (via ECF)  
U.S. Pretrial Services Officer Rena Bolin (via email)

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.  
August 28, 2020