LAW OFFICES
# CHRISTOPHER MADIOU

WOOLWORTH BUILDING  
233 BROADWAY – SUITE 2208  
NEW YORK, NY 10279

P (917) 408 - 6484  
F (212) 571 - 9149  
CHRIS@MADIOULAW.COM

WWW.MADIOULAW.COM

November 2, 2020

The Honorable Ronnie Abrams  
Thurgood Marshall  
United States Courthouse  
40 Foley Square  
New York, NY 10007

Re: Bail modification - *U.S. v. Jorge Acosta Rodriguez*, 19 Cr. 499 (RA)

Dear Judge Abrams,

I represent Jorge Acosta Rodriguez in the above-mentioned case. Mr. Acosta Rodriguez is currently released on bail and is participating in the SDNY Young Adult Opportunity Program.

I respectfully ask the Court to modify Mr. Acosta's bail conditions so that he may move to Reading, PA to live with his mother. Pretrial Officer Rena Bolin has consented to this modification so that Mr. Acosta can be close to his family. Mr. Acosta will continue to participate in the YAOP remotely and will travel to the SDNY in the event that the program requires his physical presence in the district. Mr. Acosta is currently employed and doing well in the program. He expects to obtain a job in Reading, PA with the help of his mother.

I am informed by AUSA Daniel Nessim that the government has no objection to the proposed modification.

Thank you in advance for your consideration.

Sincerely,

Christopher Madiou  
*Counsel for Jorge Acosta Rodriguez*

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.  
November 2, 2020

Cc:   AUSA Dan Nessim (via ECF)  
       U.S. Pretrial Services Officer Rena Bolin (via email)