LAW OFFICES
# CHRISTOPHER MADIOU

WOOLWORTH BUILDING  
233 BROADWAY – SUITE 2208  
NEW YORK, NY 10279

P  (917) 408 - 6484  
F  (212) 571 - 9149  
CHRIS@MADIOULAW.COM

WWW.MADIOULAW.COM

December 21, 2020

The Honorable Ronnie Abrams  
Thurgood Marshall  
United States Courthouse  
40 Foley Square  
New York, NY 10007

Re: Travel request - *U.S. v. Jorge Acosta Rodriguez*, 19 Cr. 499 (RA)

Dear Judge Abrams,

    I represent Jorge Acosta Rodriguez in the above-mentioned case. Mr. Acosta Rodriguez is currently released on bail and is participating in the SDNY Young Adult Opportunity Program.

    I respectfully ask the Court to modify Mr. Acosta's bail conditions so that he may travel to Davenport, Florida to be with his family for Christmas. If approved, Mr. Acosta will be traveling by plane from 12/23 to 12/27. He will purchase his plane ticket if the Court approves the request and will share his itinerary with Pretrial Officer Rena Bolin. Officer Bolin has consented to this modification for travel. The government, through AUSA Dan Nessim, consents as well.

    Thank you in advance for your consideration.

Happy holidays,

Christopher Madiou  
*Counsel for Jorge Acosta Rodriguez*

Cc:    AUSA Dan Nessim (via ECF)  
        U.S. Pretrial Services Officer Rena Bolin (via email)

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.  
December 21, 2020