UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------- X
:                                         19 Cr. 499 (RA)
UNITED STATES OF AMERICA,       :
:                                         <u>ORDER</u>
-v-                      :
:
:
JORGE ACOSTA RODRIGUEZ        :
:
Defendant.      :
:
-------------------------------------------------- X

RONNIE ABRAMS, District Judge:

In light of Jorge Acosta Rodriguez's continued participation in the Young Adult Opportunity Program, time is hereby excluded under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) to October 6, 2022.

Dated:    April 7, 2022
         New York, New York

_____
RONNIE ABRAMS
United States District Judge