```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :   19-CR-499
    -against-                       :
                                    :   ORDER
                                    :
Jorge Acosta Rodriguez              :
                                    :
Defendant                           :
                                    :
------------------------------------X
```

Ronnie Abrams, United States District Judge:

It is hereby ORDERED that the defendant's travel documents be returned to him in consideration of the dismissal of his case.

Dated: January 2, 2024
New York, New York

SO ORDERED:

_____
Ronnie Abrams
United States District Judge